ANNIE MILLS et al., Respondents, *v.* CITY OF NEW YORK et al., Respondents, and ISAAC LEFKOWITZ, Appellant, et al., Defendants.

Argued March 4, 1946; decided April 18, 1946.

*Jean Nelson Penfield* for appellant.

*Harry Lesser* for plaintiffs, respondents.

*John J. Bennett, Jr., Corporation Counsel (Samuel K. Handel, Louis M. Weintraub* and *Reuben Levy* of counsel), for defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. MEDALIE, J., deceased. THACHER, J., taking no part.